**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Tiffany ANGELO, Defendant–Appellee.**

No. 10–10449.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 24, 2012.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

The United States appeals the district court's order reducing the amount of a criminal forfeiture money judgment from $400,000 to $100 where Tiffany Angelo pled guilty to bank fraud in violation of 18 U.S.C. § 1344. We have jurisdiction under 28 U.S.C. § 1291.

In light of our holding in *United States v. Newman*, 659 F.3d 1235 (9th Cir.2011), we vacate the district court's entry of an order of criminal forfeiture of $100, and we remand.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

